NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROGELIO MENDEZ, JR.,                    )
                                        )
        Appellant,                      )
                                        )
v.                                      )        Case No. 2D17-4052
                                        )
STATE OF FLORIDA,                       )
                                        )
        Appellee.                       )
_____)

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.

Rogelio Mendez, Jr., pro se.


PER CURIAM.

        Affirmed.  See Ey v. State, 982 So. 2d 618 (Fla. 2008); Mendez v. State, 229 So. 3d 335 (Fla. 2d DCA 2016) (table decision);  Mendez v. State, 190 So. 3d 71 (Fla. 2d DCA 2016) (table decision); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Chandler v. State, 1 So. 3d 284 (Fla. 2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Bizzell v. State, 912 So. 2d 386 (Fla. 2d DCA 2005); Gusow v. State, 6 So. 3d 699 (Fla. 4th DCA 2009).


NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.